Matthew S. Da Vega (Cal. Bar No. 195443)
**DA VEGA | FISHER | MECHTENBERG, LLP**
940 Stewart Drive
Sunnyvale, California 94085
Telephone: (408) 758-8974
Facsimile: (877) 535-9358
E-mail: Mdavega@mdmflaw.com

Attorneys for Plaintiff Coco Dey

Dylan B. Carp (Cal. Bar No. 196846)
**JACKSON LEWIS P.C.**
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Dylan.Carp@jacksonlewis.com

David K. Montgomery (Cal. Bar No. 120066)
**JACKSON LEWIS P.C.**
201 E. Fifth Street, 26th Floor
Cincinnati, Ohio 45202
Telephone: (513) 898-0050
Facsimile: (513) 898-0051
E-mail: David.Montgomery@jacksonlewis.com

Attorneys for Defendants
CARDINAL HEALTH 200, LLC
and BRADLY COLLINS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COCO DEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH 200, LLC;<br>BRADLY COLLINS,<br><br>Defendants. | Case No. 5:18-CV-05348-NC<br><br>**STIPULATON AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Coco Dey and Defendants Cardinal Health 200, LLC and Bradly Collins (collectively referred to as the "Parties") in this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them on September 20, 2019 ("Confidential Settlement Agreement"), to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against

all Parties, with each party to bear its own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement.

WHEREFORE, the Parties hereby request this Honorable Court to enter an order dismissing the above matter with prejudice, including all claims, counterclaims, and causes of action, and for such other and further relief as the Court may deem appropriate.

Dated: September 30, 2019

DA VEGA, FISHER, MECHTENBERG LLP

By:   /s/ Matthew S. Da Vega
Matthew S. Da Vega
Attorney for Plaintiff
COCO DEY

Dated: September 30, 2019

JACKSON LEWIS P.C.

By:   /s/ Dylan Carp
Dylan Carp
David K. Montgomery
Attorney for Defendants
CARDINAL HEALTH 200, LLC and
BRADLY COLLINS

## **ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

Dated:   October 9, 2019

   s/Dylan B. Carp
Dylan B. Carp

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED:**

Dated: October 9, 2019

[GRANTED — Judge Nathanael M. Cousins — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal]

Nathanael M. Cousins
United States Magistrate Judge